JUDGE CASTEL

Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Plaintiff Berlian Laju Tankers
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone:   (646) 329-0120
Facsimile:    (646) 328-0121
William R. Bennett, III  (WB 1383)
wbennett@bgmplaw.com

07 CV 10510

NOV 21 2007
U.S.D.C. S.D.N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BERLIAN LAJU TANKERS,

          Plaintiff,

- against -

ESC TRADING SA,

          Defendant.
-----------------------------------------------------------X

07-CIV-

**7.1 STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which own 10 percent or more of said parties' stock: NONE.

Dated: New York, New York
       November 20, 2007

                                Bennett, Giuliano, McDonnell & Perrone, LLP
                                Attorneys for Plaintiffs

                                _____
                                William R. Bennett, III  (WRB 1328)
                                494 Eighth Avenue, 7th Floor
                                New York, New York 10001
                                Telephone:    (646) 328-0120