JUDGE CASTEL

Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Plaintiff Berlian Laju Tankers
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone: (646) 329-0120
Facsimile: (646) 328-0121
William R. Bennett, III (WB 1383)
wbennett@bgmplaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/07

07 CV 10510

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BERLIAN LAJU TANKERS,

          Plaintiff,

  - against -

ESC TRADING SA,

          Defendant.
-----------------------------------------------------------X

07-CIV-

**ORDER FOR APPOINTMENT
TO SERVE PROCESS OF
MARITIME ATTACHMENT
AND GARNISHMENT**

    Plaintiff, having moved for an Order pursuant to Fed. R. Civ. P. Rule 4(c) appointing William R. Bennett, III or any other person appointed by Bennett, Giuliano McDonnell & Perrone, LLP, to serve process of attachment and garnishment in this matter, and it appearing from the affidavit of William R. Bennett, III, Esq., that such appointment will result in substantial economies in time and expense,

    **NOW,** on motion of Bennett, Giuliano, McDonnell & Perrone, LLP, attorneys for plaintiff, it is

    **ORDERED** that William R. Bennett, III or any other person at least 18 years of age and not a party to this action, appointed by Bennett, Giuliano, McDonnell & Perrone, LLP, be and hereby is appointed to serve process of attachment and garnishment in this matter.

Dated: New York, New York
       November 20, 2007

                                                      U.S.D.C.J.