# Bennett, Giuliano, McDonnell & Perrone, LLP

| **New Jersey Office:** | 494 8th Avenue, 7th floor | **Florida Office:** |
|---|---|---|
| 201 Littleton Road<br>P.O. Box 513<br>Morris Plains, NJ 07950<br>Tel. (973) 387-0486<br>Fax (973) 796-2884 | **New York, New York 10001**<br><br>Telephone: (646) 328-0120<br>Telefax:    (646) 328-0121<br>www.bgmplaw.com | 6615 West Boynton Beach Blvd.<br>No. 351<br>Boynton Beach, FL 33437<br>Tel.  (561) 337-8816<br>Fax. (561) 337-4653 |

**MEMO ENDORSED**

William R. Bennett, III, *Partner*
wbennett@bgmplaw.com

January 15, 2008
By Facsimile (212) 805-7949

Our File: D736

\*   \*   \*

The Honorable P. Kevin Castel
United States District Court Judge
Southern District of New York
United States District Court
500 Pearl Street
New York, New York 10007

Re:  Berlain v. ESC Trading
     07 Civ. 10510

[Handwritten endorsement: Conference adjourned from January 16, 2008 to February 26, 2008 at 9:30 a.m. SO ORDERED. P. Kevin Castel, USDJ, 1-15-08]

Dear Judge Castel:

We represent the plaintiff in the referenced Rule B matter which is scheduled for a Initial Pre-Trial Conference before your Honor tomorrow at 9:45. We believe a conference at this time would be unproductive, for the following reasons:

We have attached approximately $72,500, which fully secures plaintiffs claim. The defendant has not appeared in the action, and most likely will not. It is my understanding that there have been discussions between the parties on how to resolve the matter amicably. Accordingly, we respectfully request that the Initial Pre-Trial Conference be adjourned for 45 days. We hope that before that time we can advise that Court that the matter has been resolved.

Respectfully submitted,

William R. Bennett, III

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08
```