Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Plaintiff Berlian Laju Tankers
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone:   (646) 329-0120
Facsimile:    (646) 328-0121
William R. Bennett, III  (WB 1383)
wbennett@bgmplaw.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BERLIAN LAJU TANKERS,

        Plaintiff,

- against -

ESC TRADING SA,

        Defendant.
----------------------------------------------------------X

07-CIV-10510 (PKC)

**STIPULATION
OF
DISCONTINUANCE**

SIRS:

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorney of record for plaintiff, that whereas no appearance has been made by the defendant and no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is, discontinued without prejudice and costs.

**IT IS FURTHER STIPULATED AND AGREED**, that this stipulation may be filed without further notice to the Clerk of the Court.

Dated: January 21, 2008
New York, New York

        Bennett, Giuliano, McDonnell & Perrone, LLP

        /s/
        _____
        William R. Bennett, III

So ORDERED  [signature] USDJ
1-22-08